UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| Rosa Martin<br>　　　Plaintiff,<br><br>　　v.<br><br>Transunion, LLC,<br>Healthcare Revenue Recovery Group, LLC,<br>d/b/a Account Resolution Services,<br><br>　　　Defendant. | : **Case No. 1:22-cv-22121**<br>:<br>: CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL AS TO TRANS UNION, LLC

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, and the Defendant, Trans Union, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against the Defendant, Trans Union, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 7, 2022                              Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Justin Zeig*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　Justin Zeig, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Zeig Law Firm, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　3475 Sheridan St, Ste 310
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hollywood, FL 33021
　　　　　　　　　　　　　　　　　　　　　　　　　　　justin@zeiglawfirm.com

        Tel. 754-217-3084
        Fax 954-272-7807
        *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 7th day of October 2022        Respectfully Submitted,

        */s/ Justin Zeig*
        Justin Zeig, Esq.